No. 10–0483/AR. United States, Appellee v. David C. Ellerbrock, Appellant. CCA 20070925. On consideration of Appellant's timely filed petition for reconsideration of this Court's decision, *United States v. Ellerbrock*, 70 M.J. 314 (C.A.A.F. 2011), it is ordered that said petition for reconsideration be, and the same is hereby denied.

No. 12–0036/AR. U.S. v. James E. Crawford. CCA 20100247. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, ***up to and including October 26, 2011***, and ***absent extraordinary circumstances, no further extension of time will be granted in this case***.

No. 12–0083/CG. U.S. v. Kerry M. Scott. CCA 1336. On consideration of motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted to October 27, 2011.

Wednesday, October 12, 2011

No. 09–0079/AR. U.S. v. James T. Murphy. CCA 19872873. Appellant's ***second*** motion to extend time to file the supplement to the petition for grant of review is granted, ***up to and including October 20, 2011***, and ***absent extraordinary circumstances, no further extension of time will be granted in this case***.

No. 11–5005/MC. U.S. v. Jeremy J. Nash. CCA 201000220. The motion of the United States to extend time to file a brief is granted, up to and including October 31 , 2011, and absent extraordinary circumstances, no further extension of time will be granted in this case.